| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

NEKIMA COVINGTON, §
§
    Petitioner, §
§
*versus* §  CIVIL ACTION NO. 1:22-CV-49
§
WARDEN, FCC BEAUMONT MEDIUM, §
§
    Respondent. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Nekima Covington, through counsel, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that respondent's motion for summary judgment be granted. To date the parties have not filed objections.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

### ORDER

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#7) is **ADOPTED**. The motion for summary judgment (#6) is **GRANTED**. A final judgment shall be entered dismissing the petition.

    SIGNED at Beaumont, Texas, this 5th day of May, 2023.

                                                       */s/ Marcia A. Crone*
                                                      MARCIA A. CRONE
                                         UNITED STATES DISTRICT JUDGE